## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> Christopher Curley <br><br> Debtor(s) | Case No. 14-00035 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/02/2014.

2) The plan was confirmed on 06/03/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 12/08/2014.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $9,227.45 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $9,227.45

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,051.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $295.62 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,347.35

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACE CASH EXPRESS INC | Unsecured | 1,748.00 | 1,747.96 | 1,747.96 | 0.00 | 0.00 |
| ADT SECURITY SERVICES | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| Advocate Illinois Masonic | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Allman Law | Unsecured | 1,015.00 | NA | NA | 0.00 | 0.00 |
| American Family Insurance | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,713.00 | 1,144.80 | 1,144.80 | 0.00 | 0.00 |
| Amica Mutual Insurance Co | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| BMO HARRIS BANK | Secured | 9,900.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 17,911.00 | 24,314.69 | 24,314.69 | 4,734.54 | 690.75 |
| CAPITAL ONE AUTO FINANCE | Secured | 13,014.00 | 21,885.50 | 454.81 | 454.81 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 9,192.27 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 6,256.75 | NA | NA | 0.00 | 0.00 |
| Capital One Service LLC | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| Capital One Service LLC | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Cash Call | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Chimney Hill Owners Association | Unsecured | 5,057.00 | NA | NA | 0.00 | 0.00 |
| Chimney Hill Owners Association | Secured | 5,057.00 | NA | 5,057.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Priority | 65.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Priority | 65.00 | NA | NA | 0.00 | 0.00 |
| City of Dallas | Priority | 684.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 267.00 | 318.46 | 318.46 | 0.00 | 0.00 |
| Conn's | Unsecured | 3,503.00 | NA | NA | 0.00 | 0.00 |
| Conn's | Unsecured | 2,186.00 | NA | NA | 0.00 | 0.00 |
| Dallas Water Utilities | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| Dallas Water Utilities | Secured | 384.00 | NA | NA | 0.00 | 0.00 |
| Dental Dream Team | Unsecured | 222.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 39,745.00 | 39,890.82 | 39,890.82 | 0.00 | 0.00 |
| First Pacific Corporation | Unsecured | 5,150.00 | NA | NA | 0.00 | 0.00 |
| FLAGSTAR BANK | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| FLAGSTAR BANK | Unsecured | 36,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FLAGSTAR BANK | Secured | NA | 9,882.75 | 0.00 | 0.00 | 0.00 |
| FLAGSTAR BANK | Secured | 104,000.00 | 152,360.59 | 162,243.34 | 0.00 | 0.00 |
| Howard Brown Health Center | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 32,580.11 | 32,580.11 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 4,308.20 | 4,308.20 | 0.00 | 0.00 |
| Laboratory Corporation of America | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| Laboratory Corporation of America | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Neighborhood Credit Union | Unsecured | 573.00 | 572.78 | 572.78 | 0.00 | 0.00 |
| Oncur | Unsecured | 1,951.00 | NA | NA | 0.00 | 0.00 |
| Optumrx | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 538.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,291.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 490.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 537.00 | 537.16 | 537.16 | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Unsecured | 1,783.00 | NA | 1,247.68 | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Secured | NA | 1,247.68 | 0.00 | 0.00 | 0.00 |
| PSC Physician's Billing Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Reliant Energy | Unsecured | 1,951.00 | NA | NA | 0.00 | 0.00 |
| Roosevelt University | Unsecured | 5,498.00 | NA | NA | 0.00 | 0.00 |
| SLEEPYS PROGRESSIVE FINANCING | Unsecured | 838.00 | NA | NA | 0.00 | 0.00 |
| THE LOAN MACHINE | Unsecured | 5,040.00 | NA | NA | 0.00 | 0.00 |
| Time Warner Cable | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| Uhaul | Unsecured | 1,956.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $162,243.34 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,314.69 | $4,734.54 | $690.75 |
| All Other Secured | $5,511.81 | $454.81 | $0.00 |
| **TOTAL SECURED:** | **$192,069.84** | **$5,189.35** | **$690.75** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $32,580.11 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$32,580.11** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$49,767.86** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,347.35 |
| Disbursements to Creditors | $5,880.10 |
| **TOTAL DISBURSEMENTS** : | **$9,227.45** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/06/2015     By: /s/ Tom Vaughn
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**